UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BARBARA HARRIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:16-cv-695-RLW |
| NATIONAL CREDIT SYSTEMS, INC., | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

On December 22, 2016, the parties filed a Notice of Acceptance of Offer of Judgment (ECF No. 13). Plaintiff has accepted Defendant's Offer of Judgment, and the parties request that the Court enter a Judgment.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a joint proposed Judgment for the Court's consideration within ten (10) days.

Dated this 28th day of December, 2016.

RONNIE WHITE
UNITED STATES DISTRICT JUDGE